JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO FERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; EMANUEL RIOS, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00165 FWS (ASx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]** |

1  **TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS**

2  **OF RECORD:**

3      **PLEASE TAKE NOTICE THAT** Plaintiff RICARDO FERNANDEZ

4  ("Plaintiff") and Defendant O'REILLY AUTO ENTERPRISES, LLC hereby

5  stipulate and jointly move this Court to dismiss the above-captioned action,

6  including Plaintiff's Complaint, with prejudice, pursuant to Federal Rule of Civil

7  Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs of

8  suit.

9

10  DATED:  April 28, 2022               HIGGS FLETCHER & MACK LLP

11

12                                      By: */s/ Geoffrey M. Thorne*
                                        JAMES M. PETERSON, ESQ.

13                                        GEOFFREY M. THORNE, ESQ.
                                      Attorneys for Defendant

14                                        O'REILLY AUTO ENTERPRISES, LLC

15  DATED:  April 28, 2022               HUTKIN LAW FIRM

16

17                                      By: _____

18                                        DONALD L. MABRY, ESQ.
                                      Attorneys for Plaintiff

19                                        RICARDO FERNANDEZ

20      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for

21  the filing of this document has been obtained from each of the other signatories

22

23  shown above and that all signatories concur in the filing's content.

24  DATED:  April 28, 2022               HIGGS FLETCHER & MACK LLP

25

26                                      By: */s/ Geoffrey M. Thorne*
                                      GEOFFREY M. THORNE, ESQ.

27

28